

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00181-CV

In the **INTEREST OF J. B.-F.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00460
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

We ORDER no costs shall be assessed against appellant because she is indigent.

SIGNED July 25, 2018.

_____
Luz Elena D. Chapa, Justice